UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JACOB W. WHITMIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01287-JRS-KMB |
| | ) | |
| TERRI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### REPORT AND RECOMMENDATION TO DISMISS COMPLAINT

Pro se plaintiff Jacob Whitmire failed to appear for a Telephonic Discovery Conference on June 21, 2023. The Court had issued an Order setting the conference and providing Mr. Whitmire with the call-in information needed to attend the conference. Dkt. 34. Mr. Whitmire did not attend the conference as ordered. Counsel for the defendants also reported that Mr. Whitmire had not served Initial Disclosures. Dkt. 35.

On June 22, 2023, the Court ordered Mr. Whitmire to show cause in writing by July 14, 2023, why he should not be sanctioned for his failure to appear at the June 21, 2023, status conference and prosecute his case.  The Order to Show Cause warned that "[f]ailure to respond by the deadline will result in the undersigned Magistrate Judge recommending to the District Judge that Mr. Whitmire's action be dismissed for failure to prosecute." *Id*.  Mr. Whitmire did not respond to the Order to Show Cause or request additional time to do so.

Because of the Plaintiff's failure to comply with the Court's orders, the undersigned Magistrate Judge recommends to the District Judge that Mr. Whitmire's case be **DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

**IT IS SO RECOMMENDED.**

Date: 7/18/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

JACOB W. WHITMIRE
2111 South Windpoint Drive
Muncie, IN 47302


Brian M. Pierce
Brian M. Pierce, Attorney at Law
brian@brianpiercelaw.com