UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACOB W. WHITMIRE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01287-JRS-KMB |
| TERRI, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Magistrate Judge has submitted her Report and Recommendation, dkt. [36], recommending that the complaint be DISMISSED WITHOUT PREJUDICE. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Date: 9/21/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JACOB W. WHITMIRE
2111 South Windpoint Drive
Muncie, IN 47302

Brian M. Pierce
Brian M. Pierce, Attorney at Law
brian@brianpiercelaw.com